No. 210, Misc.   BECKER *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 213, Misc.   SWITZER *v.* CIRCUIT COURT OF MC-DONOUGH COUNTY ET AL.   Supreme Court of Illinois. Certiorari denied.

No. 656, October Term, 1950.   ANDERSON *v.* COMMISSIONER OF INTERNAL REVENUE, 341 U. S. 935.   Motion for leave to file a second petition for rehearing denied.

No. 128.   RISBERG *v.* DULUTH, MISSABE & IRON RANGE RAILWAY CO., *ante,* p. 832.   Motion for leave to file brief of Warehouse Employees Union, Local 169, et al., as *amici curiae,* denied.   Rehearing denied.

No. 256.   FRANK B. KILLIAN & CO. *v.* ALLIED LATEX CORP. ET AL., *ante,* p. 861;

No. 257.   YOUNGS RUBBER CORP. *v.* ALLIED LATEX CORP., *ante,* p. 861;

No. 266.   MASKE *v.* WASHINGTON, MARLBORO & ANNAPOLIS MOTOR LINES, INC., *ante,* p. 834; and

No. 340.   JULIUS HYMAN & CO. ET AL. *v.* VELSICOL CORPORATION, *ante,* p. 870.   Petitions for rehearing in these cases are severally denied.

DECEMBER 11, 1951.

No. 387.   REMINGTON *v.* UNITED STATES.   On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit.   Motion of respondent for leave to apply to the United States District Court for leave to dismiss indictment denied.   MR. JUSTICE CLARK took no part in the consideration or decision of this motion.   *William C. Chanler* and *Joseph L. Rauh, Jr.* for petitioner. *Solicitor General Perlman* for the United States.